RECEIVED
OCT 26 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Elliott Co. | Civil Action No. 15-02404 |
| versus | Judge Dee D. Drell |
| Montgomery | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion To Dismiss filed by the defendant, Tony Montgomery, [Rec. Doc. 21] is **DENIED**.

**THUS DONE AND SIGNED** in chambers, on this 26th day of October, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT